# EXHIBIT A

Electronically FILED by Superior Court of California, County of Riverside on 06/08/2023 01:51 PM
Case Number CVRI2302945 0000060681985 - Jason B. Galkin, Executive Officer/Clerk of the Court By Taylor Lomuscio, Clerk

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Robert S. Walch, Esq.   SBN: 244988 <br> Gary K. Walch, A Law Corporation <br> 23801 Calabasas Road, Suite 1019 <br> Calabasas, CA 91302 <br> TELEPHONE NO: 818.222.3400   FAX NO. *(Optional)*: 818.222.3405 <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Mario Nunez & Juan Nunez | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE <br> STREET ADDRESS: 4050 Main Street <br> MAILING ADDRESS: 4050 Main Street <br> CITY AND ZIP CODE: Riverside, 92501 <br> BRANCH NAME: Riverside Historic Courthouse | |
| PLAINTIFF: Mario Nunez; Juan Nunez <br><br> DEFENDANT: ATS Specialized, Inc.; Anderson Trucking Service, Inc.; Mark Anthony Lombardo; <br> [X] DOES 1 TO  100 | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death <br> [ ] AMENDED *(Number)*: <br> Type *(check all that apply)*: <br> [X] MOTOR VEHICLE  [ ] OTHER *(specify)*: <br>  [X] Property Damage  [ ] Wrongful Death <br>  [X] Personal Injury  [ ] Other Damages *(specify)*: | |
| Jurisdiction *(check all that apply)*: <br> [ ] ACTION IS A LIMITED CIVIL CASE <br>  Amount demanded  [ ] does not exceed $10,000 <br>   [ ] exceeds $10,000, but does not exceed $25,000 <br> [X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000) <br> [ ] ACTION IS RECLASSIFIED by this amended complaint <br>   [ ] from limited to unlimited <br>   [ ] from unlimited to limited | CASE NUMBER: <br> CVRI2302945 |

1. **Plaintiff** *(name or names)*: Mario Nunez; Juan Nunez
   alleges causes of action against **defendant** *(name or names)*: ATS Specialized, Inc.; Anderson Trucking Service, Inc.; Mark Anthony Lombardo; Does 1 to 100
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

PLD-PI-001

| SHORT TITLE: Nunez v. ATS Specialized Inc., et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): ATS Specialized, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☒ except defendant (name): Anderson Trucking Service, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 to 60 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1 to 100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Nunez v. ATS Specialized Inc., et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [X] Motor Vehicle
    b. [ ] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [ ] Premises Liability
    f. [ ] Other *(specify)*:

11. Plaintiff has suffered
    a. [X] wage loss
    b. [X] loss of use of property
    c. [X] hospital and medical expenses
    d. [X] general damage
    e. [X] property damage
    f. [X] loss of earning capacity
    g. [X] other damage *(specify)*: Prejudgment interest and interest on damages including but not limited to under Civil Code Sections 3287, 3288, 3291 and/or as allowed by law, common law or otherwise. Other damages, including loss of profits and special damages, unknown at this time which Plaintiff will prove at time of trial.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [X] compensatory damages
       (2) [ ] punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) [X] according to proof
       (2) [ ] in the amount of: $

15. [X] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*: All paragraphs

Date: June 8, 2023

Robert S. Walch, Esq.
(TYPE OR PRINT NAME)

▶ *Robert Walch*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]  **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**  Page 3 of 3

PLD-PI-001(1)

| SHORT TITLE: Nunez v. ATS Specialized Inc., et al. | CASE NUMBER: |
|---|---|

_____1_____ **CAUSE OF ACTION—Motor Vehicle**
(number)

ATTACHMENT TO [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Mario Nunez; Juan Nunez

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):* October 12, 2021
at *(place):* I-10 E/B, Near Bob Hope Drive, Riverside County, California

MV- 2. DEFENDANTS
  a. [X] The defendants who operated a motor vehicle are *(names):* ATS Specialized, Inc.; Anderson Trucking Service, Inc.; Mark Anthony Lombardo;

   [X] Does    1    to    100
  b. [X] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):* ATS Specialized, Inc.; Anderson Trucking Service, Inc.; Mark Anthony Lombardo;

   [X] Does    1    to    100
  c. [X] The defendants who owned the motor vehicle which was operated with their permission are *(names):* ATS Specialized, Inc.; Anderson Trucking Service, Inc.; Mark Anthony Lombardo;

   [X] Does    1    to    100
  d. [X] The defendants who entrusted the motor vehicle are *(names):* ATS Specialized, Inc.; Anderson Trucking Service, Inc.; Mark Anthony Lombardo;

   [X] Does    1    to    100
  e. [X] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):* ATS Specialized, Inc.; Anderson Trucking Service, Inc.; Mark Anthony Lombardo;

   [X] Does    1    to    100
  f. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
   [X] listed in Attachment MV-2f   [ ] as follows:

   [X] Does    1    to    100              Page 4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Motor Vehicle**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

|  | MC-025 |
|---|---|
| SHORT TITLE: Nunez v. ATS Specialized Inc., et al. | CASE NUMBER: |

ATTACHMENT (Number): ___MV-2f___

(This Attachment may be used with any Judicial Council form.)

ALL DEFENDANTS (except as otherwise noted):

1. Defendants acted in a joint venture and/or enterprise, and/or in an employee-employer, agent-principal, bailment, or some other relationship with each other or others, and share responsibility for the acts or omissions which caused the injuries and damages alleged herein.

2. Defendants designed, manufactured, constructed, built, assembled, owned, sold, transferred, distributed, managed, maintained, controlled, used, operated, entrusted, bailed, supervised, inspected, and/or repaired the vehicles, other property or products involved in this incident, all or part of the collision site, adjacent property, improvements and/or fixtures thereon, and/or component parts thereof, in a negligent, careless, unsafe, reckless, wrongful, unlawful, defective and/or dangerous manner, which was known or should have been known to defendants, and which were used in a foreseeable manner involving unreasonable danger and/or risk of harm not reasonably apparent to the public or Plaintiffs, and unknown to plaintiffs, without adequate or reasonable warning or notice, which caused injuries and damages to plaintiffs, and each of them, as alleged herein.

3. Some or each of the doe defendants knew that the defective product that injured plaintiff would be purchased and/or used without inspection for defects. The product was defective when it left the control of each such defendant. The product at the time of injury was being used in the manner intended by such defendants and/or used in a manner that was reasonably foreseeable by such defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given. At all relevant times, Plaintiff was a purchaser, bystander and/or user of the product. As a result of this defect, plaintiffs were injured and damaged as alleged herein.

4. Some or each of the doe defendants breached an implied warranty and/or express warranty that was written and/or oral to plaintiff, which breach caused the injuries and damages to plaintiffs, as alleged herein.

5. Defendants owned, provided, entrusted, bailed, used, transferred, leased or rented the vehicle that collided with plaintiffs' vehicle, and/or that caused or contributed to causing this incident, and negligently, carelessly, unsafely, wrongfully, recklessly and/or unlawfully or otherwise entrusted same to other defendants or others, thereby sharing responsibility for each plaintiff's injuries and damages, as alleged herein.

6. Defendants negligently, carelessly, unlawfully and/or wrongfully hired, trained, and/or supervised other defendants, employees, agents and/or persons, thereby causing and/or contributing to causing this subject incident and resulting injuries and damages to Plaintiffs.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*  Page __5__ of __5__  *(Add pages as required)*

Form Approved for Optional Use  
Judicial Council of California  
MC-025 [Rev. July 1, 2009]

**ATTACHMENT to Judicial Council Form**

www.courtinfo.ca.gov  
Westlaw Doc & Form Builder