UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:23cv01703-CAS (MRWx)                    Date: November 28, 2023

Title      _MARIO NUNEZ; ET AL. v. ATS SPECIALIZED, INC.; ET AL._

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) – ORDER TO SHOW CAUSE; AND DOE DISMISSAL

    **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **December 19, 2023**, why this action should not be dismissed for lack of prosecution **as to defendant MARK ANTHONY LOMBARDO, only.** In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

    Plaintiff is advised that the Court will consider an answer by **defendant MARK ANTHONY LOMBARDO,** or plaintiff's request for entry of default on this defendants on or before the above date, as a satisfactory response to the Order to Show Cause.

    Pursuant to Local Rule 19-1, no complaint or petition shall be filed that includes more than ten (10) Doe or fictitiously named parties. Accordingly, the Court hereby **DISMISSES** Doe Defendants 11 through 100, inclusive.

    IT IS SO ORDERED.

| | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |