UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.     5:23cv01703-CAS (MRWx)                              Date: December 19, 2023

Title     *MARIO NUNEZ; ET AL. v. ATS SPECIALIZED, INC.; ET AL.*

Present: The Honorable:     **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) – ORDER TO SHOW CAUSE

On November 28, 2023, the Court issued an Order to Show Cause [14] why this action should not be dismissed for lack of prosecution as to defendant MARK ANTHONY LOMBARDO only.  The Court is in receipt of the Declaration of Erin M. Polisano [15] in response, filed on December 19, 2023.

Although the court issued a Notice of Filer Deficiency[12] on November 15, 2023, the Court notes that plaintiffs filing [11] is plaintiffs' proof of service on defendant Lombardo by certified mail, received by S. Duffey on October 28, 2023.

To date, no answer, request for entry of default, nor a stipulation to extend defendant Mark Anthony Lombaro's response has been filed.  Therefore, the Court extends its Order to Show Cause.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **January 9, 2024**, why this action should not be dismissed for lack of prosecution **as to defendant MARK ANTHONY LOMBARDO, only.**  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:23cv01703-CAS (MRWx)                                             Date: December 19, 2023

Title       *MARIO NUNEZ; ET AL. v. ATS SPECIALIZED, INC.; ET AL.*

    Plaintiffs are advised that the Court will consider an answer by **defendant MARK ANTHONY LOMBARDO,** or plaintiffs' request for entry of default on this defendants on or before the above date, as a satisfactory response to the Order to Show Cause.

    IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |